

"You'll Never Walk Alone."

www.dhalilaw.com

1629 K Street. Suite 300
Washington D.C. 20006
T:(202) 556-1285
F: (202) 351-0518
Email: ajdhali@dhalilaw.com

Honorable Judge Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Friday March 21, 2025

**MEMO ENDORSED**

**RE: Hayes v. G&E Real Estate Management Service dba Newmark**
**Case No. 24-cv-1459 (ER)**
**Consent Letter to Schedule April 8, 2025, in-person conference**
**to a video conference.**

Honorable Judge Ramos,

This matter is set for a case management conference for April 8, 2025 at 11:30am in Courtroom 19. Counsel for the Plaintiff is in California and is requesting that the April 8, 2025, 11:30am hearing be converted to a videoconference or zoom hearing. The Defendant consents to this request.

Respectfully,

/s/ A.J Dhali
Attorney for Plaintiff Shannon Hayes

---

The conference scheduled for April 8, 2025, at 11:30 a.m. will be held by telephone. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/24/2025
New York, New York

1